MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Kyle Wemmer

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-cr-00154-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | |
| KYLE WEMMER, | DATE: March 9, 2020<br>TIME: 1:00 p.m. |
| Defendants. | JUDGE: Hon. Barbara A. McAuliffe |

**STIPULATION**

COMES NOW, Defendant, Kyle Wemmer, by and through his attorney of record, Monica L. Bermudez, and The United States of America, by and through its counsel of record, Melanie Alsworth, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 13, 2020 at 1:00 p.m.

2. By this stipulation, defendants now move to continue the status conference until **March 9, 2020 at 1:00 p.m.** before the Honorable Barbara A. McAuliffe, and to exclude time between the date of this stipulation and March 9, 2020 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Defense Counsel has met with her client and reviewed the provided discovery. At this time, additional time is needed for defense investigation. Counsel has met with her investigator, Robert Gonzalez, and has requested he conduct pertinent investigation. Once this investigation is complete, Defense Counsel and the Assistant United States Attorney will discuss a plea agreement.

b. Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to, and agrees with, the requested continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to March 9, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: January 7, 2020

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
KYLE WEMMER

DATED: January 7, 2020

/s/Melanie Alsworth
MELANIE ALSWORTH
Assistant United States Attorney

# **O R D E R**

IT IS SO ORDERED that the 1st Status Conference is continued from January 13, 2020 to **March 9, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. The time period of the date of this order to March 9, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **January 8, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE