**LAW OFFICE OF MONICA L. BERMUDEZ**
Monica L. Bermudez, SBN275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661)616-2141
Email: monica@lawbermudez.com

Attorney for:
KYLE WEMMER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KYLE WEMMER,<br><br>    Defendant | Case No.: 1:19-CR-00154-DAD-BAM<br><br>**DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE** |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Kyle Wemmer, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any and all proceedings in this matter. Mr. Wemmer agrees that his interests shall be represented at all times by the presence of his attorney Monica L. Bermudez, the same as if Mr. Wemmer were personally present. This court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

Date: March 6, 2020                              */s/ Kyle Wemmer*
                                                              KYLE WEMMER

Date: March 6, 2020                              */s/ Monica L. Bermudez*
                                                              MONICA L. BERMUDEZ
                                                              Attorney for Defendant

## **ORDER**

Good cause appearing, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:  **March 6, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE