MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Kyle Wemmer

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-cr-00154-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| KYLE WEMMER, | DATE: August 24, 2020 |
| | TIME: 1:00 p.m. |
| Defendants. | JUDGE: Hon. Barbara A. McAuliffe |

**STIPULATION**

COMES NOW, Defendant, Kyle Wemmer, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record, Melanie Alsworth hereby stipulate as follows:

1. By previous order, this matter was set for status on May 26, 2020 at 1:00 p.m.

2. By this stipulation, defendants now move to continue the status conference until **August 24, 2020 at 1:00 p.m.** before the Honorable Barbara A. McAuliffe, and to exclude time between the date of this stipulation and August 24, 2020 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Due to the stay at home orders implemented by Governor Gavin Newsom, defense investigation in this matter has been delayed. There are numerous witnesses who must be interviewed and follow up proceeding those interviews.

b. Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to, and agrees with, the requested continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to August 24, 2020 inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 15, 2020

                    /s/ Monica L. Bermudez
                    MONICA L. BERMUDEZ
                    Counsel for Defendant
                    KYLE WEMMER

DATED: May 15, 2020

/s/Melanie Alsworth
MELANIE ALSWORTH
Assistant United States Attorney

### ORDER

IT IS SO ORDERED that the Status Conference is continued from May 26, 2020 to **August 24, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

IT IS SO ORDERED.

Dated:  **May 15, 2020**                    /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

3