MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Kyle Wemmer

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-cr-00154-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| KYLE WEMMER, | DATE: March 10, 2021 |
| | TIME: 1:00 p.m. |
| Defendants. | JUDGE: Hon. Barbara A. McAuliffe |

**STIPULATION**

COMES NOW, Defendant, Kyle Wemmer, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record, Melanie Alsworth hereby stipulate as follows:

1. By previous order, this matter was set for status on November 23, 2020 at 1:00 p.m.

2. By this stipulation, defendants now move to continue the status conference until **March 10, 2021 at 1:00 p.m.** before the Honorable Barbara A. McAuliffe, and to exclude time between the date of this stipulation and March 10, 2021 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Counsel has received a plea agreement in this matter and needs additional time to review with client and discuss with the Assistant United States Attorney.

b. Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to, and agrees with, the requested continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to March 10, 2021 inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 19, 2020

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
KYLE WEMMER

DATED: November 19, 2020

2

/s/Melanie Alsworth
MELANIE ALSWORTH
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED that the status conference is continued from November 23, 2020, to **March 10, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

IT IS SO ORDERED.

Dated:   **November 19, 2020**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

3