PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>KYLE WEMMER,<br><br>       Defendant. | CASE NO. 1:19-CR-154-DAD-BAM<br><br>STIPULATION TO SET CHANGE PLEA HEARING, AND VACATE TRIAL DATE; ORDER<br><br>TRIAL DATE: April 5, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

  1.  By previous order, this matter was set for trial on April 5, 2022. Time is presently excluded under the Speedy Trial Act to and including the trial date.

  2.  The parties have reached a resolution and filed a plea agreement on February 10, 2022 (ECF #42).

  3.  The parties stipulate and request that the matter be set for change of plea on February 28, 2022.

///

///

///

1

4. The parties further stipulate and request that the March 21, 2022 trial confirmation hearing/motion hearing and the April 5, 2022 trial date be vacated. If the matter does not resolve on February 28, 2022, the parties will be prepared to set new dates.

IT IS SO STIPULATED.

Dated:  February 14, 2022                             PHILLIP A. TALBERT
                                                                              United States Attorney

                                                                              /s/ JEFFREY A. SPIVAK
                                                                              JEFFREY A. SPIVAK
                                                                              Assistant United States Attorney

Dated:  February 14, 2022                             /s/ Monica Bermudez
                                                                              Monica Bermudez
                                                                              Counsel for Defendant Kyle Wemmer

**ORDER**

IT IS SO ORDERED.

   Dated:  **February 15, 2022**                     _____
                                                                              UNITED STATES DISTRICT JUDGE