MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Kyle Wemmer

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00154 DAD |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING;FINDINGS AND ORDER |
| v. | |
| KYLE WEMMER, | DATE: August 29, 2022 |
| | TIME: 9:00 a.m. |
| Defendants. | JUDGE: Hon. DALE A. DROZD |

**STIPULATION**

COMES NOW, Defendant, Kyle Wemmer, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 23, 2022.

2. By this stipulation, defendants now move to vacate the sentencing and set this matter for sentencing on August 29, 2022 **at 9:00 a.m.** before the Honorable Dale A. Drozd.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for Mr. Wemmer requires additional time to prepare a sentencing memorandum in this matter

1

     b.     The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: May 19, 2022

                                     /s/ Monica L. Bermudez
                                   MONICA L. BERMUDEZ
                                   Counsel for Defendant
                                   KYLE WEMMER

DATED: May 19, 2022

                                   /s/Jeffrey Spivak
                                   JEFFREY SPIVAK
                                   Assistant United States Attorney

## **O R D E R**

Pursuant to the stipulation of the parties, then sentencing hearing in defendant Wemmer's case is continued from May 26, 2022 to August 29, 2022 at 9:00 a.m. before the then assigned district judge.

IT IS SO ORDERED.

Dated: **May 19, 2022**                                 /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE