1  PHILLIP A. TALBRET
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 1:19-CR-00154-ADA-BAM

12                       Plaintiff,        FINAL ORDER OF FORFEITURE

13            v.

14  KYLE WEMMER,

15                       Defendant.

16

17        On March 3, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions

18  of 18 U.S.C. § 982(a)(2)(A), forfeiting to the United States all right, title, and interest of defendant Kyle

19  Wemmer in the following property:

20            a.    Approximately $12,000.00 in U.S. Currency;

21            b.    Strum Ruger & Co., Model 08502, .223 caliber rifle, serial number 851-57882;

22            c.    Smith & Wesson, Model M&P 15 Sport II, .223 caliber rifle, serial SZ68133;

23            d.    Bersa, Model Firestorm, .380 caliber pistol, serial number G53329;

24            e.    Century Arms, semi-automatic rifle, serial number C39V2A26663; and

25            f.    All ammunition, magazines, and locks associated with the seized firearms.

26        Beginning on March 15, 2022, for at least thirty (30) consecutive days, the United States

27  published notice of the Court's Order of Forfeiture on the official internet government forfeiture site

28  www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court

                                            1

within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

validity of their alleged legal interest in the forfeited property.

    The United States sent direct written notice by certified mail to the following individual known to

have an alleged interest in the above-described property:

    a.  Carie I. Vandellen:  On May 16, 2022, a notice letter was sent by certified mail to Carie I. Vandellen at 2710 E. Westcott Ave., Visalia, CA 93292.  The PS Form 3811 (certified "green card" showing proof of delivery) was signed as received on May 18, 2022.

    The Court has been advised that no third party has filed a claim to the subject property, and the

time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all

right, title, and interest in the above-listed assets pursuant to 18 U.S.C. § 982(a)(2)(A), to be disposed of

according to law, including all right, title, and interest of Kyle Wemmer and Carie I. Vandellen.

    2.    All right, title, and interest in the above-listed assets shall vest solely in the name of the

United States of America.

    3.    The U.S. Marshals Service or Federal Bureau of Investigations shall maintain custody of

and control over the subject assets until they are disposed of according to law.

IT IS SO ORDERED.

    Dated:    October 6, 2022                                                                     

UNITED STATES DISTRICT JUDGE

2